

**FILED**
8/4/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 10 2016 EAA
6-10-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Matthew Brown-Turner

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Cook County Jail
Commander Johnson
Sargent Houston
Officer Leon
Officer S. Howard III

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

16cv6126
Judge John W. Darrah
Magistrate Judge Susan E. Cox
PC11

Case _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

 ✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

 _____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

 _____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Matthew Brown-Turner
   B. List all aliases: none
   C. Prisoner identification number: 20130622117
   D. Place of present confinement: Cook Count Jail
   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Sherrif
      Place of Employment: Cook County Sherrif's office
   B. Defendant: Cook County Jail
      Title: Cook County Department of Corrections
      Place of Employment: N/A
   C. Defendant: Commander Johnson - Div. 10
      Title: Sherrif
      Place of Employment: C.C.D.O.C Div. 10

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendants (cont.)

D. Defendant: Sargent Houston
Title: Sherrif
Place of Employment: C.C.D.O.C Div. 10

E. Defendant: Officer Leon
Title: Sherrif
Place of Employment: C.C.D.O.C Div. 10

F. Defendant: Officer S. Howard III
Title: Sherrif
Place of Employment: C.C.D.O.C Div. 10

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

  A. Name of case and docket number: _none_

  B. Approximate date of filing lawsuit: _none_

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _none_

  D. List all defendants: _none_

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _none_

  F. Name of judge to whom case was assigned: _none_

  G. Basic claim made: _none_

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _none_

  I. Approximate date of disposition: _none_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On April 7th, 2016 8:30 p.m. in Cook County Jail Division 10 a big argument erupted between a group of inmates mere seconds before a fight would have broke out on 3-C, an all-available was called by our unit Officer Leon. Commander Johnson and Sargent Houston responded and Officer Leon said it was a false alarm without properly investigating the matter which led to the incident on April 8th the following morning.

2) On the morning of April 8th, 2016 in Division 10 on 3-C Officer S. Howard III opened our cells and sat in the bubble, while different inmates grouped up. Then a fight broke out. Officer S. Howard III didn't call for back up until two more fights broke out. At this time is when a couple of inmates ran up on me and jumped me and stabbed me 3 times, once in my left arm, once on the bottom of my neck and

4

once in my back on my spinal cord. The whole unit was in a ruckus of confusion for at least 20 minutes while a couple of dozens of officers watched the groups of people fighting before they decided to run in a spray people with pepper sprayed. At this time I was pepper sprayed and hand cuffed to the back and placed on the bench on the unit. The officers handling the situation let a inmate that I don't know his name kick me in the face and knock me off the bench after I was sprayed and handcuffed. Tom Dart is over the Cook County Jail and should showe them the proper precedure to better protect us from violence and the use of weapons.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive and monetary damages in the sum of 650,000 for emotional and physical pain.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2nd day of May, 2016

Matthew Brown-Turner
(Signature of plaintiff or plaintiffs)

Matthew Brown-Turner
(Print name)

201306 22117
(I.D. Number)

P.O. Box 089002 Chicago, IL 60608
(Address)



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV10-2016-5479 | N/A | 1513707 | | IL50233140 | 0480894 |

### INMATE INFORMATION

| Inmate's Name (Print): | Inmate's DOB: | Booking Number: | Division/Unit: | Inmate's Living Unit: |
|---|---|---|---|---|
| Matthew Brown-Turner | 1/2/1988 | 20130622117 | Division 10 | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING
☐ FORMAL CHARGE

| Date of Infraction: | Time of Infraction: | Location of Infraction: | Restitution Form Attached: |
|---|---|---|---|
| 4/8/2016 | 10:15 AM | DIVISION 10 | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 207 | Fighting |
| 209 | Gang Activity |
| 314 | Participation in a Riot |
| 408 | Inciting a Riot |

☐ DNA

### VICTIM / WITNESS INFORMATION

| Role | ID/Star # | Name |
|---|---|---|
| Other: Participant ☑ | | Edward ROBERSON |
| Other: Participant ☑ | | Calvin L Griffin |
| Other: Participant ☑ | | Deangelo McClain |
| Other: Participant ☑ | | Christopher Hughes |
| Other: Participant ☑ | | Lashaun Hogue |
| Other: Participant ☑ | | Anton Aseves |
| Other: Participant ☑ | | Darrell Leverson |
| Other: Participant ☑ | | Adolfo Zuniga |
| Other: Participant ☑ | | Jamal Joyner |
| Other: Participant ☑ | | Kenneth Brown |
| Other: Participant ☑ | | Pierre D White |
| Other: Participant ☑ | | Donnell Johnson |
| Other: Participant ☑ | | Charles Hall |
| Other: Participant ☑ | | Michael Anderson |
| Other: Participant ☑ | | Jeremy Medina |



# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| Role | ID # / Star # | Name |
|---|---|---|
| ☒ Other: Participant | | Erik Norriega |
| ☒ Other: Participant | | Matthew Brown-Turner |
| ☒ Other: Participant | | Uzziel Roman |
| ☒ Other: Participant | | Michael A Taylor |
| ☒ Other: Participant | | Markeas Brown |
| ☒ Witness | | S HOWARD III |
| ☒ Witness | | T Bellettiere |
| ☒ Witness | | J CARBONE |
| ☒ Witness | | P MIRANDA Jr |
| ☒ Witness | | E BARBOZA JR |
| ☒ Witness | | J STIEMAN |
| ☒ Witness | | M NEUMANN |
| ☒ Witness | | K DAVIS |
| ☒ Witness | | A ARBOLEDA |
| ☒ Witness | | F Medina |
| ☒ Witness | | L ANDERSON |
| ☒ Witness | | N ASKAR |
| ☒ Witness | | P MIRANDA Jr |
| ☒ Witness | | B Devine |
| ☒ Witness | | G MAGEE |
| ☒ Other: Participant | | R ARCE |
| ☒ Witness | | T CHRISTIE J |
| ☒ Witness | | N FISHER |
| ☒ Witness | | D HENDRIX |

(FCN-85)(SEP 12)   Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov   PAGE 2 OF 3



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

## INFRACTION NARRATIVE *(Infraccion narrativa)*

Approximately 1015hrs on 08apr16, R/D Howard #17250 opened tier 3C in division 10, R/D observed detainee Roberson, Edward #20150212130 standing outside shower when he struck detainee Griffin ,Calvin #20120203207 with closed fists, then multiple 10-10s (fight in progress) erupted on the deck, R/D radioed for support. Supervisors and extra officers responded entered the tier, giving verbal orders for all inmates to lay face down on the ground. A few inmates laid face down on the ground, but a group of inmates began to start fighting again between cells #3305 and #3306. Supervisors gave more verbal orders to stop fighting, none of the inmates complied to the verbal orders, oc was deployed in the direction of the fight. Once the oc was deployed, the inmates started to comply with the verbal orders. Inmates were handcuffed by officers and secured in there cells. Inmates that had injuries and oc sprayed were escorted off the tier for decontamination and medical treatment. Cells were searched and individuals before being returned to their cells.

Material Confiscated/Evidence Bag Number ( **Attach photocopy of evidence**) *Materiales confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

## CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|
| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | | | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA | |
| Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA If YES, Date/Time | | Location: | If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA Type of Priviledge adn Duration of Restriction | |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: S HOWARD III | Star # | Signature: | Date: |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print)*: | Star # | Signature: | Date: |
| Watch Commander *(Print)*: | Star # | Signature: | Date: |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | Star Number: *(Numero de estrella)* |
|---|---|

| Date Delivered: *(Fecha de entrega:)* 4/8/2016 | Time Delivered: *(Tiempo de entrega:)* | Inmate's Signature: *(Firma del Recluso:)* |
|---|---|---|



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY REPORT - FINDINGS OF FACT AND DECISION
*OFICINA DEL ALGUACIL DEL CONDADO DE COOK*
*INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN*

### INMATE INFORMATION (Información del recluso)

**Inmate's Name (Print):** TurnerBrown-Matthew
**ID #:** 20130622117
**Inmate's DOB:** 1-21-1988
**Control Number:** DIV10 20 1654 79

**Date of Hearing:** 4/12/16
**Inmate Requested Witnesses:** ☐ Yes ☐ No
**Waive 24 Hr. Notice:** ☐ Yes ☐ No
**Representative/Interpreter:** ☐ Yes ☐ No

**Inmate's Plea to Charge:** ☐ Guilty as Charged  ☒ Not Guilty

**Inmate's Statement Regarding Infraction:** I got stabbed and sprayed - then I got kicked on face by Charles Hill.

**Inmate's Signature:** Matthew Brown Turner

### WITNESS STATEMENT (Declaracion de testigo)

### DISPOSITION BY DISCIPLINARY HEARING BOARD

It is the finding of the Disciplinary Hearing Board that:
☐ Guilty as Charged  ☐ Not Guilty  ☒ Invalid Report  ☐ 72 Hours Expired  ☐ 8 Days Expired

Disciplinary Hearing Board findings are based on the following:
☒ Inmate's Reply / Disciplinary Report  ☐ Other

**Narrative:** Report never mentions inmates name. Invalid.

**Disciplinary Hearing Board Member's Signature/Date:** [signature] 4/12/16

IF FOUND GUILTY OF DISCIPLINARY CHARGE(S), YOU MAY APPEAL TO THE DIVISIONAL UNIT SUPERINTENDENT
THE SUPERINTENDENT/UNIT HEAD WILL RENDER A DECISION IN WRITING WITHIN FIVE (5) DAYS OF RECEIVING THE APPEAL.

FCN-185 (PGS Rev. 02/15)
WHITE - Disciplinary Hearing Board's Copy
PINK - Inmate's Copy after Hearing
YELLOW - Originating Department/Division/Unit Head's Office
GOLDENROD - Inmate's Copy prior to Hearing (Notification of charge(s))

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 

INMATE ID #:

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☒ EMERGENCY GRIEVANCE   0480894
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☒ OTHER: OPR I/S

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME | PRINT - FIRST NAME | INMATE BOOKING NUMBER |
|---|---|---|
| Brown-Turner | Matthew | 20130622117 |
| **DIVISION:** 9 | **LIVING UNIT:** 1E | **DATE:** 4-11-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT | TIME OF INCIDENT | SPECIFIC LOCATION OF INCIDENT |
|---|---|---|
| 4-8-16 | morning | Div. 10, Tier 3-C |

I'm writing my Grievance on The County Jail because of a failure to protect. I came out of my cell the morning of 4-8-16 to wash my face when a big fight broke out, in the mist of the fight occurring I was stabbed 3 times, once in my arm, once in my back and once in the back part of my neck for no apparent reason because I had nothing to do with it. The C/O's sprayed me with mace, detained me and also let a inmate kick me while detained

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

To be protected better and to not let harm come to me and a safer environment

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: | INMATE SIGNATURE AND DATE: |
|---|---|
| Sergent McGee | Matthew Brown-Turner  4-8-16 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R. Jewell | Jewell | 4-18-16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016-3303

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME: Brown-Turner
INMATE FIRST NAME: Matthew
ID Number: 13-0622117

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Q80 failure to protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
Copy given to Sgt.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: CRW I/S
DATE REFERRED: 4/18/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
See attached

PERSONNEL RESPONDING TO GRIEVANCE (Print): White
SIGNATURE: White
DIV./DEPT: 8
DATE: 4/18/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): Lt. Johnson
SIGNATURE:
DIV./DEPT: 10
DATE: 4/18/16

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE: Matthew B. Turner
DATE RESPONSE WAS RECEIVED: 4/18/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 4/20/16

INMATE'S BASIS FOR AN APPEAL:
A safer enviroment, because they put me on deck with the same people from the fight.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:
Original response to stand

ADMINISTRATOR / DESIGNEE (Print): J Mueller
SIGNATURE: Matthew B. Turner
DATE: 4/30/16

INMATE SIGNATURE: Matthew Brown Turner
DATE INMATE RECEIVED APPEAL RESPONSE: 5/11/16

FCN-48 (Rev. 09/14) — WHITE COPY - PROGRAM SERVICES — YELLOW COPY - CRW / PLATOON COUNSELOR — PINK COPY - INMATE